UNITED STATES BANKRUPTCY COURT
For the Southern
District of Indiana

In re:
BILLIE J HOWARD
7244 LAKESIDE WOODS DR

INDIANAPOLIS     IN    46278
                    Debtor(s)

Chapter 13
Case No.: 06-01936
Claim No.: 14
Amendment No.:

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2),
AND WAIVER OF OPPORTUNITY TO OBJECT

eCast Settlement Corporation (the "Purchaser/Transferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Purchase and Sale Agreement dated 4/23/03 by and between the Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e) (2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001(e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon docketing of the Notice of Transfer of Claim.

Account number: ************7434
Claim Amount:          $1,441.88
Dated: 06/27/06

SELLER/TRANSFEROR/ASSIGNOR:
Household Bank (SB) N.A
Churchman's Corporate Center
90 Christiana Road
New Castle, Delaware 19720
Telephone: (302) 327-2885

By: (See attached assignment)
Thomas Harmon


INDIANAPOLIS
Robert Brothers

PURCHASER/TRANSFEREE/ASSIGNEE:
eCast Settlement Corporation
P.O. Box 7247-6971
Philadelphia, PA 19170-6971

Telephone: (520) 577-1544 (Servicer)

By: _____
Colleen Mclaughlin
Kim Garner
William Jones
Louis Mendez
Sharon Sinanan

### Exhibit 3

## ASSIGNMENT OF ACCOUNTS

Household Bank (SB), N.A., Household Card Services, Inc., Household Retail Services, Inc. and Household Receivables Acquisition Company ("Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to ECAST ("Buyer"), all right, title and interest in and to (a) Seller's consumer credit card account, open end accounts, and closed end accounts, which are described on a schedule furnished by Seller to Buyer in connection herewith; and (b) all proceeds of such accounts (each, an "Account") after the close of business on June 13, 2006.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of each of the Accounts, and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2), or otherwise.

Dated: June 13, 2006

HSBC PRIVATE LABEL ACQUISITION CORPORATION (USA) ("HPLAC")

By: _____
Thomas Harmon

HOUSEHOLD BANK (SB), N.A.

By: _____
Thomas Harmon

BRIGHT PROSPECTS, LTD

By: _____
Thomas Harmon